# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02004-RPM-KLM

WSI INTERNATIONAL, LLC, a Colorado limited liability company,

    Plaintiff,

v.

WSI GLOBAL SERVICES, LLC, a Wyoming limited liability company, and,
WESTWATER TECHNOLOGY, LLC a Wyoming limited liability company,

    Defendants.

_____

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REMAND
_____

This Court has reviewed *Defendants' Unopposed Motion to Remand* ("Motion") and is apprised of its premises. The Court hereby GRANTS the Motion, and remands this action to the District Court of the State of Colorado, Weld County.

So Ordered this 8th day of August, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge